# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Thomas Raymond Lamoureux         Case Number: 24-10549      Ch: 7

**MOVANT/APPLICANT/PARTIES:**

Motion to Avoid Lien of Cavalry Portfolio Services, LLC and Keough & Sweeney LTD (Doc. #9, the "Motion")

**OUTCOME:**

__ Granted   __ Denied   __ Approved   __ Sustained
__ Moot   ✓ Denied without prejudice   __ Withdrawn in open court   __ Overruled
__ OSC Enforced / Released
__ Continued to: _____ For: _____
__ Formal order / stipulation to be submitted by: _____ Date due: _____
__ Findings and conclusions dictated at the close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due: _____ From: _____
                            Response due: _____ From: _____
__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____
__ No appearance / response by: _____
✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Motion is denied without prejudice for failure to comply with R.I. LBR 4003-2(a)(8) because the calculations of the impairment do not comply with the requirements of 11 U.S.C. § 522(f)(2)(B), as it fails to avoid the most junior lien of Keough & Sweeney LTD first and improperly includes that lien in the impairment calculation for the lien of Cavalry Portfolio Services, LLC. For a detailed explanation of the calculations required, see In re Derocha, 503 B.R. 553 (Bankr. D.R.I. 2014) and the template for motions to avoid judicial liens available on the Court's website (see "Forms > Templates for Commonly Used Forms").

IT IS SO ORDERED:

*Diane Finkle*   Dated: 09/26/24

Diane Finkle, U.S. Bankruptcy Judge