UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND (Providence)

| In Re: | Case No. 1:24-bk-10549 |
|---|---|
| Thomas Raymond Lamoureux | Chapter 7 |

MEMORANDUM OF LAW IN SUPPORT OF MOTION OF MOVANT FOR RELIEF FROM THE AUTOMATIC STAY

INTRODUCTION:

The facts of this case and motion are more specifically spelled out in the Motion for Relief from Automatic Stay filed herewith to which the Court is referred. In the Motion, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W6 ("Movant") requests relief from stay in order to pursue its remedies under state law to liquidate its secured claim against the property of the estate of the Thomas Raymond Lamoureux (hereinafter the "Debtor") by foreclosure of its mortgage. The Debtor has defaulted on the mortgage payments both pre and post-petition, and thus Movant is not being adequately protected.

ARGUMENT:

It has been determined that cause does exist for relief from stay when debtor has defaulted in payments to a secured creditor. SEE First Federal Savings and Loan Association v. Whitebread, 18 B. R. (bkrtcy D.C. Minn, 1982).

CONCLUSION:

For the foregoing reasons, Movant respectfully requests that this Court enter an order lifting the automatic stay in effect in order to permit Movant to proceed to exercise its rights and remedies under state law and under a certain note and mortgage, including but not limited to foreclosure.

Date: October 16, 2024

    Respectfully submitted,
    Deutsche Bank National Trust Company, as Trustee for
    Argent Securities Inc., Asset-Backed Pass-Through
    Certificates, Series 2003-W6
    By its attorney,

    /s/Paul G. Manning, Jr.
    Paul G. Manning, Jr., Esquire
    RI# 7124
    Korde & Associates, P.C.
    900 Chelmsford Street, Suite 3102
    Lowell, MA 01851
    Tel: (978) 256-1500
    bankruptcy@kordeassociates.com

14-016929 / BK01